236 So.2d 503

**L. C. McCULLEY, d/b/a L. C. McCulley Excavation & Dozer Work**

v.

**DUBLIN CONSTRUCTION CO., Inc., Star Home and Development Corp., Wilco Builders, Inc., and Michael J. De George.**

**No. 50641.**

June 26, 1970.

Writ refused. Under the facts found by the Court of Appeal the result is correct.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

236 So.2d 503

**Mrs. Juanette GANT**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 50680.**

June 26, 1970.

236 So.2d 503

**Mrs. Meriam COLLINS, Wife of and Eugene Collins**

v.

**NEW ORLEANS PUBLIC SERVICE, INC., Jane Doe and Dairyland Insurance Company.**

**No. 50655.**

June 26, 1970.

Application denied. On the facts found by the Court of Appeal, there is no error of law in its judgment.